A96A0800. DEPARTMENT OF TRANSPORTATION v. NORRIS
et al.
(493 SE2d 414)

McMurray, Presiding Judge.

The Supreme Court having reversed the judgment of this Court in *Dept. of Transp. v. Norris*, 222 Ga. App. 361 (474 SE2d 216), that judgment is hereby vacated, and the judgment of the Supreme Court in *Norris v. Dept. of Transp.*, 268 Ga. 192 (486 SE2d 826) is made the judgment of this Court.

*Judgment affirmed. Johnson and Ruffin, JJ., concur.*

DECIDED OCTOBER 10, 1997.

*Thurbert E. Baker, Attorney General, George P. Shingler, Deputy Attorney General, Cathy A. Cox-Brakefield, Assistant Attorney General*, for appellant.
*Kirbo, McCalley & Forehand, Thomas L. Kirbo III, David S. Herndon, Sims, Fleming & Spurlin, John C. Spurlin*, for appellees.